Texas Court of Criminal Appeals • P.O. Box 12308 Capital Station

PD-1293-15

## Appeal For Bond Reduction Directly

Re: case no. 13-03277-CRF-85, * 14-02536-CRF-85

To the Clerk of above court

comes the Defendant of case cause numbers listed and directly petition the court for an appeal on July 2, 2013 denial of bond reduction by then Judge J.D. Langley and the bond placed by new Judge Kyle Hawthorne for reasons of over kill on delays of continues and of trials and of the confindment from 2012 arrested date until now present date 2015.

The defendant has not been convicted of any crime and is no threat to the community or society the atrocious felony placed on the defendant is over three years old without going to trial. I ask the appeals courts to see the bond appeal was done to the appeals court in Waco Texas in 2013 but the court appointed counsel attorney David Barron said it would be moot to file the appeals to Austin Appeals Court because trial then was set for May 2013 as the defendant has been plagued with nothing but delays since.

The Defendant prays the Appeals see that something is not right here and a man's quest to clear his name should be granted.

Respectfully Submitted
Rayford C. Smith
1835 Sandy Point Rd.
Bryan, Texas 77807

Subscribed and Sworn before Me on
this the 15 , day of September 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015    Glynda Williams

Abel Acosta, Clerk

GLYNDA S. WILLIAMS
Notary Public, State of Texas
My Commission Expires
DECEMBER 17, 2016

1 of 1

## Petition For Discretionary Review

Re: Trial Court Case #13-03277-CRF-85, #14-02536-CRF-85

To the Clerk of Court,

I am the Defendant of said case above and filed a writ of Habeas Corpus release because of delays to Austin Civil Court whom directed the Writ to the United States Southern District of Texas Court who has concluded that I hadn't exhausted all state remedies referring to the criminal appeals courts as a final exhaustion. In the writ of Habeas corpus that was filed with the Southern District court I was instructed to send in a Petition for a writ of habeas corpus under 28 U.S.C. § 2241 (A0242) form that was suppose to be available at the clerk's office, or available at the detention center where I am being confined. what I was sent by the detention center of clerk's office was a "Court of Criminal Appeals Application for writ of Habeas Corpus seeking relief from Final Felony Conviction Under Code of Criminal Procedure Article 11.07 form" This form and a letter that I have recieved from the U.S. Department of Justice of which I've enclosed a copy of tell me, that somewhere in this system is showing that I've been convicted. Allow my to clear this up "I Have Not Been Convicted of Any Crime, Nor Have I Confessed to Anything" what has become obvious and disturbing to a minority is Judges are viewing cases with prosecutors, why are inmates being held for two years at a detention center I have been at this detention center in Bell for three years with excessive bail on a non capital offense, a non infamous case no criminal history no threats to society only an arrest record that was wrongfully done on all occasions of serious arrest always jumping to a quick conclusion of events as is the case now, a move that

1 of 2

is wrong. although these case is a title of Atrocious Felony that is exactly why I seek relief to gather unquestionable innocent so proving this case has been wrong all along I am ready to show at a trial being that I'm given a fair trial. Just to obtain a fair trial against Judges and prosecutors, this case is far from open and shut. I must be made bailable, in three (3) years it's all I ask for. I welcome this trial as a opportunity to enlighten people on false accusations, evidence of circumstances. how One can be misleading I have ability to do actualy what I say and open away for a Cry Wolf law and Damsel in Distress Law. Since this is an Appeals Court on conviction to which I have not been I ask the court to undo Judge Langleys denial of bail reduction on July 2, 2013 and the bond set by Judge Kyle Hawthorne I ask the Appeals Court to quickly view the bond hearing done by Judge Langley and see the many delays the 3 year detainment and grant me relief or under this case back to the original county of Milam County where a community support me and a fair jury will be selected.

I pray that my request are met for I've wasted enough time fighting for a simple given Right and feel that if a civil court directed the case to the Southern District Court then they should be directed the case to the proper court instead back and fourth mail. I pray for the court to see my righteous quest.

"Common society truth is often twisted
by official to make innocent a wrong
creating the National Registry of Exonerees.
Yet the State still get many years of
Cheap labor from innocense."

Continued confinement on a continued delayed case is a crime against Humanity.

Respectfully Submitted
Rayford Smith
1835 Sandy Point Rd.
Bryan, Texas 77807

Subscribed to and Sworn before Me on this the 14, day of September 2015

Glynka Williams

2 of 2



**U.S. Department of Justice**

Office of the Pardon Attorney

Washington, D.C. 20530

August 7, 2015

Mr. Rayford B. Smith Sr.
ID # 242731
Brazos County Detention Ctr
1835 Sandy Point Road
Bryan, TX 77807-8000

Dear Mr. Smith:

This responds to your letter of March 2, 2015, to the Attorney General requesting assistance. We regret the delay in replying.

From the information you provided, it appears that you were convicted of a violation of state law. In that event, we cannot be of assistance because the President's clemency power under the Constitution extends only to federal criminal offenses. You may wish to contact the Governor or other appropriate state authority to determine whether any relief is available to you under state law.

We hope that this information is helpful to you.

Sincerely,

Deborah Leff
Pardon Attorney

# Writ Motion to be Released on P.R. Bond & Habeas Corpus

To the Honorable Judge of the Appeals Court,

comes now the Defendant in Brazos County Detention Center and under cause no. 13-03277-CRF-85 and cause no. 14-02536-CRF-85, hereby Petition the court for a Personal Recognizes Bond and will submitt the following merits;

Four great charters of english Liberty (31 car. 2. 1679) securing a speedy relief from all unlawfull imprisonments: Magna Carta the Petition of Right (3 car. r. 1628) and the Bill of Right (1 Wm. & M. 1689) the Habeas Corpus Act Constitution of the State of Texas under these phases,

(1) The State has failed the Constitutional Right to a Speedy Trial, (Six Amendment)

2) The State has ignored Senate Bill 1611 under Art. 39.15 c

3) The State failed to recognize "Art. 32.01 Defendant in Custody and No Indictment Presented."

4) The State is in Due Process Clause Violation; 4th, 5th and 14th Amendments of Rights.

5) The State has Slept on the Petitioner's Rights on all aspects of common law, and the Rule of Justice, disrespecting Constitutional Rights on my behalf: Constitutional's Article I Bill of Rights. Sec. 11 Bail, Art. 17. 151 Release because of Delay, Art. 28. 061 Discharge for Delay, Art. 32 A. 01 Trial Priorities, Art. 42. 0198 Finding Regarding Delay in interest of Defendant.

The Defendant prays for the Appeals Court to **recognize** the Committment (Art. 16. 20 to Brazos County on October 2, 2012 with the detainer I held from the magistration in Milam County until the present date of incarceration in Brazos County and see that his Motion is in order for compliance to basic law. The general welfare of humankind can not be violated as Art. 1.09 and Amendant 8 protects. There must be a statutory period on confindment with a case being sch(ed). The term of Due Process is not to Deprive one from life or Liberty. Laches on evident. Due Process Clause acts as a safeguard from arbitrary denial of life. Liberty

1 of 2

on property. Denial of Justice has been given with imprisonment for two (2) and a half years being in Brazos Co. and two (2) months short of 3 years incarcerated as a whole the administration of justice have failed. My Violation of Due Process is merely for the offense of pursuing a legal action in the courts. I am recorded, monitored, mail scanned by the state all motions, information I need and get goes through the state this is clearly a tactical advantage.

Respectfully Submitted

Ray Ford B Smith Sr.

Rayford B. Smith Sr.
1835 Sandy Point Rd.
Bryan, Texas 77807

Subscribed to and Sworn before Me on this the ___30th___, day of ___June___ 2015



Zane Patrick Pedersen
Notary Public, State of Texas
My Commission Expires
JUNE 06, 2018

July 31, 2015

To the Supreme Courts Clerk,

After numerous filed motions and letters to several Texas Courts Waco, Houston and Austin I'am still at a loss to my continued confindment on a non-capital case with a full year without an indictment. Since September 17, 2012 until the present date deprived of life and liberty with excessive bail never being reduced in Brazos County and only one (1) court date from Milam County where these charges originated from, a month short of three (3) years now. I have been told by several senior officers and even one who has ran for a political seat and other inmates counsel who voice their concerns after learning what is happening to me that the Federal Government gives County courts two (2) years to trial a non-capital offense case on a confind Human to pass two years is a Violation of mankinds Due Process and civil rights are being Broken. I have taken all necessary steps for the convicting courts on all I need to defend myself but appointed counsel agin has failed on all my request to fight these cases.

My continued confindment stops me from gaining back whats been lost in a almost three (3) year period with vital creditable witnesses, the recordings from my jail cell phone calls in Milam Co. along with some visitations recordings I've ask for since before leaving Milam Co. on May 6, 2013 as they are very, very important and vital to my mission on exposing these kind of cases for judges.

To date I've heard nothing as my Bondage continues, nothing in this county can, I trust in the presence of bail needing has, set in deep, even the mother who made these complaint has come foward with letters, court appearances o-mail and texts to only be disrespected several times as she voiced the wrong and the lies she's uncovered between her and the father

I'am 100% sure my constitutional rights are being violated and several Amendaments as I read and learn more each day on my Rights and Law. I'am also 100% sure the Proceedings I've repentidly ask for has been deleleted or edited official misconduct is present with one detective telling the mother they'll find something on me.

1 of 2

This letter is to show that I've reached out to the Highest Court seeking relief to fight a injustice of wrong doing towards me and my existence. I ask the Court with respect to intervene on my confindment so that I may stop Malicious Prosecutors who has disrespected Law (Art. 32.01)(Art 17.151) Senate Bill 1611 the Micheal Morton Act has been completely dishonored (Art 28.061) (Art 32A.01) (Art 42.0198). Amendment Rights, Bail Rights, and Due Process Clause Violation. I've filed a Habeas Corpus Petition that has yet to be recognized with this court, and has cancelled a July 28, 2015 court date which is the 20th day before my jury trial, without a letter or word from my appointed counsel in five (5) months. The general welfare of Humankind can not be violated as Art. 1.09 and Amendment 8 protects. Why are My Rights being Slept on? In Milam County no Exigent Circumstances existed when when police officers intered into my Home on a locked door unannounced as I showed clearly a violation of the "Zones of Privacy" from the law enforcement of Milam County the case there should've been dismissed because of unlawful entry and under Art. 32.01. on eleven (11) jailed months without an indictment

Images on the News and Newspapers are frequent and disturbing. I refuse to be a statistic of injustice. If jurors are to be govern by the law then they must know Rules and laws broken by law pursueing a **conviction**. what is being done to me is a crime against humanity.

Respectfully,
Raymond S. Smith
1835 Sandy Point Rd.
Bryan, Texas 77807



GLYNDA S. WILLIAMS
Notary Public, State of Texas
My Commission Expires
DECEMBER 17, 2016

Subscribed to and Sworn before Me
on this the ___1___, day of August 2015

Glynda Williams

2 of 2



## IN THE
## TENTH COURT OF APPEALS

### No. 10-13-00243-CR

### EX PARTE RAYFORD SMITH

**From the 85th District Court
Brazos County, Texas
Trial Court No. 13-001621-CV-85**

---
### MEMORANDUM OPINION
---

Rayford Smith appeals the trial court's denial of his application for bond reduction. He complains that because the State was not ready to proceed on his Brazos County offenses more than 90 days from the date a detainer was placed on him by Brazos County while Smith was being held on other charges at the Milam County jail, he should be released on a personal recognizance bond. *See* TEX. CODE CRIM. PROC. ANN. art. 17.151, sec. 1 (West Supp. 2013). Acknowledging that case law from this Court is contrary to his position, *see Ex parte Remeika*, No. 10-09-00379-CR, 2010 Tex. App. LEXIS 2717, 5-6 (Tex. App.—Waco Apr. 14, 2010, pet. dism'd) (not designated for

publication) (holding that the ninety-day period for determining whether the State was ready for trial on the Walker County charge against defendant did not begin until defendant was transferred from Madison County jail to Walker County jail), Smith argues that we should revisit our holding in *Remeika*. We decline to do so.

Accordingly, based on our decision in *Remeika*, we hold that that the ninety-day period for determining whether the State was ready for trial on the Brazos County charges against Smith did not begin when the detainer was placed on Smith at the Milam County jail but rather began when Smith was transferred from the Milam County jail to the Brazos County jail. Smith's sole issue is overruled, and the trial court's judgment is affirmed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Affirmed
Opinion delivered and filed February 20, 2014
Do not publish
[CR25]